**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William Scott Cook | : | Chapter 13 |
| | : | No. 26−14134−amc |
| | : | |

## ORDER

AND NOW, this 16th day of Oct. , 2026, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before Oct. 29 , 2026.

**Ashely M. Chan**
**Chief Judge**
**United States Bankruptcy Court**

KENNETH E. WEST, Esq.
Chapter 13 Trustee
P.O. Box 1229
- 2Philadelphia, PA 19105

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

William Scott Cook
952 Mapleglen Circle
Pottstown, PA 19464

All Interested Parties